## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS EDUARDO DELGADO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-cv-00219 |
| | § | (Criminal Action 1:15-cr-00465-1) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 20). The R&R recommends granting the United States of America's (hereafter "Respondent") "United States' Motion for Summary Judgment and Response to Motion for Relief under 28 U.S.C. § 2255") (Docket No. 19) and dismissing Carlos Eduardo Delgado's (hereafter "Petitioner") "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1); Petitioner filed no objections to the R&R. After a *de novo* review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Respondent's "United States' Motion for Summary Judgment and Response to Motion for Relief under 28 U.S.C. § 2255") (Docket No. 19) is **GRANTED**. Petitioner's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this ___29th___ day of ___August___, 2018.

Rolando Olvera
United States District Judge